UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.F., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION, et al.,<br><br>        Defendants. | Case No. 18-cv-01918 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: ECF 46 |

The Court having approved the compromise of disputed claims as to minor B.F. against Defendants Oak Grove School District, et al., and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within sixty days. All pending deadlines and hearings are VACATED

**IT IS SO ORDERED.**

Dated: April 30, 2019               _____
                                                          NATHANAEL M. COUSINS
                                                          United States Magistrate Judge

Case No. 18-cv-01918 NC